## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Nathan C. Braun,

        Plaintiff,

v.

Christopher Vierzba,

        Defendant.

Civ. No. 26-511 (JWB/DLM)

**ORDER ACCEPTING
REPORT AND RECOMMENDATION
OF MAGISTRATE JUDGE**

---

United States Magistrate Judge Douglas L. Micko issued a Report and Recommendation ("R&R") on January 28, 2026. (Doc. No. 3.) No objections have been filed to that R&R in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings in this case, **IT IS HEREBY ORDERED** that:

1. The January 28, 2026 Report and Recommendation (Doc. No. 3) is **ACCEPTED**;

2. Plaintiff Nathan C. Braun's Complaint (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE**; and

3. Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. No. 2) is **DENIED** as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: February 25, 2026

           *s/ Jerry W. Blackwell*
           JERRY W. BLACKWELL
           United States District Judge